NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENERAL DYNAMICS CORPORATION,**
*Appellant,*

v.

**LEON E. PANETTA, SECRETARY OF DEFENSE,**
*Appellee.*

---

2012-1249

---

Appeal from the Armed Services Board of Contract Appeals in no. 56744, Administrative Judge Robert T. Peacock.

---

**ON MOTION**

---

**ORDER**

General Dynamics Corporation moves to stay the briefing schedule. The Secretary of Defense opposes. General Dynamics replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. General Dynamics's brief is due within 60 days from the date of filing of this order.

FOR THE COURT

APR 1 1 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul M. Smith, Esq.
David F. D'Alessandris, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 1 2012

JAN HORBALY
CLERK